Marc D. Fink (MN License No. 0343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Tel: 218-464-0539
mfink@biologicaldiversity.org

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; EARTHWORKS; and SAVE OUR SKY BLUE WATERS,<br><br>    Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, in his official capacity as U.S. Secretary of the Interior; U.S. FISH AND WILDLIFE SERVICE; THOMAS L. TIDWELL, in his official capacity as Chief of the U.S. Forest Service; and U.S. FOREST SERVICE,<br><br>    Defendants. | Civ. No. 17-cv-00914<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Center for Biological Diversity, Earthworks, and Save Our Sky Blue Waters are each 501(c)(3) organizations that have no parent corporations, have no stock, and there is no publicly held corporation that owns any stock in these organizations.

    Dated:  March 28, 2017.    Respectfully submitted,

                                            */s/ Marc D. Fink*
                                            MARC D. FINK (MN License No. 0343407)
                                            Center for Biological Diversity
                                            209 East 7th St.
                                            Duluth, Minnesota  55805
                                            Tel: (218) 464-0539

mfink@biologicaldiversity.org

*Attorney for Plaintiffs*